**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2414**

---

JAMES L. ALSTON,

                              Plaintiff - Appellant,

        versus

THE HEARST CORPORATION, a/k/a Hearst Business
Communications, Incorporated,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-02-22-3)

---

Submitted:  July 26, 2004          Decided:  August 11, 2004

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James L. Alston, Appellant Pro Se.  Sarah J. Kromer, James William
Haldin, MOORE & VAN ALLEN, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James L. Alston appeals the district court's order granting summary judgment in favor of Hearst and dismissing Alston's 42 U.S.C. § 1981 (2000) complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court, finding that Alston's action is barred by his execution of a valid release. See <u>Alston v. The Hearst Corporation</u>, No. CA-02-22-3 (W.D.N.C. Sept. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>